PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>BUTCHERBOX, LLC, a Massachusetts limited liability company; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:19-cv-00876-TLN-AC<br>Judge: Hon. Troy L. Nunley<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kyle Johnson dismisses with prejudice this action against Butcherbox, LLC. Defendant has not yet filed or served a response to Plaintiff's Complaint.

Dated: August 5, 2019          PACIFIC TRIAL ATTORNEYS

                               By: */s/ Scott J. Ferrell*
                                   Scott J. Ferrell
                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.